RENDERED: AUGUST 25, 2023; 10:00 A.M.
NOT TO BE PUBLISHED

# Commonwealth of Kentucky

# Court of Appeals

NO. 2022-CA-0070-MR

VENDELLA WATKINS                                             APPELLANT

v.
APPEAL FROM CHRISTIAN CIRCUIT COURT
HONORABLE JOHN L. ATKINS, JUDGE
ACTION NO. 21-CI-00239

CHRISTIAN COUNTY JAILHOUSE                                  APPELLEES

OPINION AND ORDER
DISMISSING

** ** ** ** **

BEFORE: COMBS, MCNEILL, AND TAYLOR, JUDGES.

MCNEILL, JUDGE: Appellant, Vendella Watkins (Watkins), filed a *pro se*
Complaint in Christian Circuit Court on March 24, 2021. Watkins alleges that, on
March 24, 2020, she suffered personal injuries while housed at the Christian
County Jail. Appellee filed a motion to dismiss her Complaint as untimely filed,
which was granted. Watkins appeals to this Court as a matter of right.

In her Notice of Appeal, Watkins erroneously names "Christian County Jailhouse" as the sole Appellee. Therefore, she has failed to name an individual or a proper legal entity as an appellee in this case. *See* Kentucky Rule of Civil Procedure 73.03; and Kentucky Rule of Appellate Procedure (RAP) (2)(B)(1) (effective January 1, 2023). *See also Deters v. Kenton Cnty.*, No. 2010-CA-002317-MR, 2012 WL 512588, at *3 (Ky. App. Feb. 17, 2012) (dismissing due to lack of appellate jurisdiction for failure to name proper party in case alleging negligence by the Kenton County Jailer). Similarly, this appeal is dismissed due to the lack of appellate jurisdiction.

ALL CONCUR.

ENTERED: _____    _____
                              JUDGE, COURT OF APPEALS

BRIEF FOR APPELLANT:          BRIEF FOR APPELLEE:

Vendella Watkins, *pro se*    Harold M. Johns
Hopkinsville, Kentucky        Elkton, Kentucky

-2-